# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JOSHUA GIBSON,

    Petitioner,

v.                                            CASE NO. 8:22-cv-2197-WFJ-AEP

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## ORDER

    Mr. Gibson has failed to comply with the October 4, 2022 Order (*see* Doc. 3) to either pay the filing fee or move to proceed *in forma pauperis* by November 3, 2022. Accordingly, this action is **DISMISSED** without prejudice for failure to comply with that Order and failure to prosecute. The Clerk must close the case.

    ORDERED in Tampa, Florida, on November 9, 2022.

                                                          _____
                                                           WILLIAM F. JUNG
                                                           UNITED STATES DISTRICT JUDGE

Copy to: Joshua Gibson, *pro se*